S & L ASSOCIATES, INC., PLAINTIFF-RESPONDENT, CROSS-PETITIONER, v. TOWNSHIP OF WASHINGTON, *ET AL.*, DEFENDANTS-PETITIONERS, CROSS-RESPONDENTS.

*Messrs. Shuback & Orr, Messrs. Jeffers, Mountain & Franklin* and *Mr. Ralph Porzio* for the petitioners, cross-respondents.

*Messrs. Feinberg, Dee & Feinberg* for the respondents, cross-petitioners.

October 3, 1960.   Granted.

DANIEL KIEVIT   PLAINTIFF-PETITIONER, v. LOYAL PROTECTIVE LIFE INSURANCE COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Kushner & Kleiner* for the petitioner.

*Messrs. McCarter & English* for the respondent.

October 3, 1960.   Granted.